# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| **JAMES EDWARD MCCORMACK III** | **CASE NO. 6:25-CV-00500** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **O'REILLY AUTOMOTIVE INC** | **MAGISTRATE JUDGE DAVID J. AYO** |

## MINUTES

A telephone status conference was held on Monday, September 22, 2025 starting at 10:30 a.m. and ending at 10:40 a.m.[1] Participating in the conference, along with the undersigned Magistrate Judge, were Anthony Paronich on behalf of plaintiff James Edward McCormack, III, and Edward Hughes on behalf of defendant O'Reilly Automotive, Inc.

After discussion, the undersigned instructed the parties to file a joint proposed case management order, including proposed deadlines for the filing of a motion for summary judgment by Defendant and a motion for class certification by Plaintiff.

Signed at Lafayette, Louisiana, this 22nd day of September, 2025.

_____
DAVID J. AYO
UNITED STATES MAGISTRATE JUDGE

---

[1] Statistical time: 10 minutes.