IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES EDWARD MCCORMACK III,** | **CIVIL DOCKET NO.: 6:25-cv-00500** |
| *Plaintiff* | **MAGISTRATE JUDGE AYO** |
| v. | |
| **O'REILLY AUTOMOTIVE, INC.,** | |
| *Defendant* | |

### [PROPOSED] SCHEDULING ORDER

This Scheduling Order is entered following the Rule 16 Conference conducted on September 22, 2025. Having considered the parties' Rule 26(f) Report and the matters addressed at the conference, the Court establishes the following deadlines for the orderly progress of this case:

1. **Initial Disclosures:** October 13, 2025
2. **Deadline to Join Parties or Amend Pleadings:** December 31, 2025
3. **Plaintiff's Expert Disclosures:** February 13, 2026
4. **Defendant's Expert Disclosures:** March 13, 2026
5. **Exchange of Reports:**
    - Plaintiff: May 13, 2026
    - Defendant: June 15, 2026
6. **Fact Discovery (excluding experts) to Close:** July 17, 2026
7. **Completion of Expert Discovery:** August 14, 2026
8. **Motion(s) for Summary Judgment:** September 18, 2026

9. **Response(s) for Summary Judgment:** October 16, 2026

10. **Replies for Summary Judgment:** November 6, 2026

11. **Motion for Class Certification Due:** November 27, 2026

12. **Response to Motion for Class Certification:** December 28, 2026

13. **Replies for Summary Judgment:** January 11, 2027

14. **Pretrial Conference and Trial Date:** To be set after rulings on motions for summary judgment and class certification.

SO ORDERED.

Dated: _____, 2025                    _____
                                                Honorable David J. Ayo