**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION**

| | |
|---|---|
| JAMES EDWARD McCORMACK, III, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>O'REILLY AUTOMOTIVE INC.<br><br>            Defendant. | Case No.: 6:25-cv-00500-DCJ-DJA<br><br>**JOINT STATUS REPORT REGARDING MEDIATION AND JOINT MOTION TO STAY PROCEEDINGS PENDING MEDIATION**<br><br>Honorable David C. Joseph<br><br>Magistrate Judge David J. Ayo |

**JOINT STATUS REPORT REGARDING MEDIATION AND JOINT MOTION TO
STAY PROCEEDINGS PENDING MEDIATION**

Plaintiff James Edward McCormack, III ("Plaintiff") and Defendant O'Reilly Automotive Inc. ("Defendant") (together, the "Parties") submit the following Joint Status Report Regarding Mediation and Joint Motion to Stay Proceedings Pending Mediation.

1.    The Parties have agreed to engage in private mediation before neutral Jill R. Sperber, Esq., of Judicate West Alternative Dispute Resolution on April 24, 2026.

2.    Prior to scheduling the mediation, the Parties agreed to focus their resources and efforts on determining the information necessary to facilitate a productive mediation. In that regard, Defendant engaged a third party to analyze voluminous data and information over a months-long process. Defendant intends to share information from such analysis with Plaintiff in advance of the mediation pursuant to Fed. R. Civ. P. 408. The Parties agreed to prioritize this analysis for purposes of determining whether early resolution was feasible, ultimately leading to the scheduling of the mediation date.

3.    In light of the pending mediation, and to allow the Parties to continue to focus their

resources and efforts on the mediation, the Parties jointly request a stay of proceedings through the mediation date.

4.    The Parties will promptly advise the Court regarding the outcome of the mediation via a joint status report within seven (7) days of the mediation, on or before May 1, 2026. Should the matter not resolve at mediation, the Parties shall include in the report a status of discovery and a proposed revised case management schedule for the completion of fact and expert discovery, including (i) a deadline for the completion of written discovery and document production, (ii) a deadline for Defendant to serve an expert report in response to Plaintiff's February 12, 2026 expert report, and (iii) and any proposed adjustments to the scheduling order entered on October 3, 2025 (ECF No. 25).

5.    A proposed order is lodged with this Joint Motion.

WHEREFORE the Parties jointly request the Court enter an Order (i) granting the Parties' Joint Motion to Stay Proceedings Pending Mediation and (ii) requiring the Parties to submit a joint status report regarding the outcome of mediation on or before May 1, 2026.

Dated: March 4, 2026                              Respectfully submitted,

                                              By: /s/Anthony I. Paronich
                                                  Anthony I. Paronich
                                                  **PARONICH LAW, P.C.**
                                                  350 Lincoln Street, Suite 2400
                                                  Hingham, MA 02043
                                                  Tel: (617) 485-0018
                                                  anthony@paronichlaw.com

                                                  ***Counsel for Plaintiff***

                                                  and

                                                  /s/Jad Sheikali
                                                  Jad Sheikali*
                                                  **SHOOK, HARDY & BACON LLP**
                                                  111 South Wacker Drive, Suite 4700
                                                  Chicago, IL 60606
                                                  Tel: (312) 704-7700
                                                  jsheikali@shb.com

                                                  *\*Admitted Pro Hac Vice*

                                                  Edward Daniel Hughes
                                                  Marc S. Whitfield
                                                  **TAYLOR, PORTER, BROOKS &
                                                  PHILLIPS L.L.P.**
                                                  450 Laurel Street, 8th Floor
                                                  Baton Rouge, LA 70801
                                                  eddie.hughes@taylorporter.com
                                                  marc.whitfield@taylorporter.com

                                                  ***Counsel for Defendant***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 4th day of March 2026, the foregoing document was filed and served using the CM/ECF system, which will serve as notification of such filings on all counsel of record.

/s/Jad Sheikali