IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JAMES EDWARD McCORMACK, III, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>O'REILLY AUTOMOTIVE INC.<br><br>    Defendant. | Case No.: 6:25-cv-00500-DCJ-DJA<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS PENDING MEDIATION**<br><br>Honorable David C. Joseph<br><br>Magistrate Judge David J. Ayo |

**[PROPOSED] ORDER GRANTING
JOINT MOTION TO STAY PROCEEDINGS PENDING MEDIATION**

 The Court, having reviewed the Parties Joint Status Report Regarding Mediation and Joint Motion to Stay Proceedings Pending Mediation, good cause being shown, Orders as follows:

 1. The Parties' Joint Motion is granted. All proceedings in this matter are stayed pending the outcome of the Parties' April 24, 2026 mediation.

 2. The Parties shall submit a joint status report on or before May 1, 2026 regarding the outcome of the mediation. Should the matter not be resolved, the Parties shall submit a proposed amended case management schedule designed to facilitate the efficient completion of fact and expert discovery.

Dated: _____      _____