UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**JAMES EDWARD MCCORMACK III**          **CASE NO.  6:25-CV-00500**

**VERSUS**                               **JUDGE DAVID C. JOSEPH**

**O'REILLY AUTOMOTIVE INC**              **MAGISTRATE JUDGE DAVID J. AYO**

NOTICE OF DEFICIENT DOCUMENT

**NOTICE TO FILER:**

The Joint Motion to Stay Proceedings filed on March 04, 2026 by O'Reilly Automotive Inc, James Edward McCormack, III was DEFICIENT for the following reason(s):

- ✓ For attorneys admitted *pro hac vice*, signature or endorsement of local counsel is required. Please refer to LR83.2.6 for more specific requirements.

**Within three (3) days of receipt of this notice, please file a "corrective document" addressing the deficiency or deficiencies noted above, or the court may strike the document.**   All filing deadlines previously set remain in effect.   Issuance of this notice does not amount to an extension of any deadline; however, if, for good cause shown, additional time is needed to correct this filing, please contact the Clerk of Court's office.   **DO NOT file a motion** to extend the three-day deadline provided by this notice.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.