**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JAMES EDWARD MCCORMACK III,** | **CIVIL DOCKET NO.: 6:25-cv-00500** |
| *Plaintiff* | **MAGISTRATE JUDGE AYO** |
| **v.** | |
| **O'REILLY AUTOMOTIVE, INC.,** | |
| *Defendant* | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees. The putative class claims are dismissed without prejudice.

**Attorneys for Plaintiff**

*/s/ Anthony I. Paronich*
Anthony I. Paronich, (BPR# 678437)
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

**Attorneys for Defendant**

By: */s/ Edward D. Hughes*
Edward D. Hughes, Bar #28617
450 Laurel Street, 8th Floor (70801)
P.O. Box 2471
Baton Rouge, LA 70821-2471
Telephone:          (225) 387-3221
Facsimile:          (225) 346-8049
eddie.hughes@taylorporter.com