**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**JAMES EDWARD MCCORMICK III**  **CIVIL ACTION NO. 6:25-CV-0500**

**VERSUS**  **JUDGE DAVID C. JOSEPH**

**O'REILLY AUTOMOTIVE INC**  **MAGISTRATE JUDGE DAVID J. AYO**

## ORDER

Considering the STIPULATION OF DISMISSAL WITH PREJUDICE ("the Motion") [Doc. 30] filed by Plaintiff, James Edward McCormick, III and Defendant, O'Reilly Automotive, Inc.;

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that this lawsuit and all claims asserted herein by Plaintiff, James Edward McCormick, III against Defendant, O'Reilly Automotive, Inc., are hereby DISMISSED WITH PREJUDICE, with each party to bear their own attorney's fees and court costs.

THUS, DONE AND SIGNED in Chambers on this 14th day of August 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE